IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY ) ) ) ) Plantiff, ) ) v. ) ) ) HODGES LAW FIRM AND ) WARNER HODGES, III ) ) Defendants, ) | Case No. 2:05 CV 2356D/V |

### ORDER GRANTING ENTRY OF DEFAULT

Upon the Request for Entry of Default filed by Plantiff on August 30, 2005, DEFAULT IS HEREBY ENTERED against the defendants, <u>Hodges Law Firm and Warner Hodges, III,</u> pursuant to FRCvP 55(a).

Service was made upon the above-named defendant in accordance to the FRCvP. The defendant has failed to plead or answer.

For good cause shown, the court may set aside this request for entry of default, pursuant to Rule 55(c).

Entered this 30th day of August, 2005.

This document entered on the docket sheet In compliance
with Rule 58 and  79(a) FRCP on _____

THOMAS M. GOULD
Clerk of Court

By:_____
Deputy Clerk

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02356 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Nicholas E. Bragorgos
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT