UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

CONTINENTAL CASUALTY COMPANY, )
)
Plaintiff )
)
)
v. ) Case No.: 05-2356 DV
)
HODGES LAW FIRM *and* )
WARNER HODGES, III )
)
Defendants. )

### ENTRY OF DEFAULT

It is the Order of this Court that a Default Judgment is hereby entered against the Defendants, Hodges Law Firm and Warner Hodges, III in the above referenced matter. This Court finds that the Defendants were both served with process on June 29, 2005 by private process service. Since that time the Defendants have failed to file a response to the Complaint pursuant to the Federal Rules of Civil Procedure. The Complaint filed herein seeks a declaratory judgment as to insurance policies issued to the Defendants. It is the opinion of the Court that the Plaintiff, Continental Casualty Company, is hereby entitled to rescind the 2003-2004 policy, and also the 2004-2005 policy, in that both policies are hereby declared null and void *ab initio*. The Court further finds that the Plaintiff is under no duty to defend or indemnify Warner Hodges, III or the Hodges Law Firm from the claims described in the Plaintiff's Complaint for Declaratory Judgment filed herein.

**IT IS THEREFORE ORDERED** that Continental Casualty Company does not owe a duty to defend or indemnify The Hodges Law Firm and Warner Hodges, III from the Complaint for Damages filed on April 21, 2004 in the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis. The Complaint style is Arthur W. Anderson, Jr. and Jerry Hollingsworth, Plaintiffs verses Warner Hodges, III, and Lincoln A.R. Hodges d/b/a Hodges Law Firm, Docket Number CT-002313-04.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11/3/05

**IT IS FURTHER THE ORDER OF THE COURT** that the insurance policy issued by Continental Casualty Company for the years 2003 - 2004, and also 2004 – 2005, are hereby declared null and void <u>ab</u> <u>initio</u>. It is further the Order of the Court that the Plaintiff is under no duty to defend or indemnify Warner Hodges, III or the Hodges Law Firm from the claims described in the underlying Complaint identified herein.

JUDGE

ENTERED: 11-1-2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02356 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Nicholas E. Bragorgos
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT