UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 20  AM 10: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CONTINENTAL CASUALTY COMPANY

v.

HODGES LAW FIRM, et al.

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2356-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Entry Of Default entered on November 3, 2005, this cause is hereby dismissed.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-20-2005
Date

THOMAS M. GOULD

Clerk of Court

(By) (Deputy Clerk)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/21/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02356 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Nicholas E. Bragorgos
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT